

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2020

No. 04-20-00069-CV

**IN RE** Devry Marie **SAENZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
             Luz Elena D. Chapa, Justice
             Beth Watkins, Justice

On January 31, 2020, relator filed a petition for writ mandamus and an emergency motion for temporary relief. This court believes a serious question concerning the relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than February 18, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

The motion for temporary relief is GRANTED. The court hereby ORDERS, pending final resolution of the petition and upon payment of a cash bond in the amount of $4,500.00 payable to the 451st Judicial District Court, that Devry Marie Saenz be released from custody under the trial court's "Order Holding Respondent [Devry Marie Saenz] in Contempt for Failure to Pay Child Support With Commitment and Granting Judgment" entered in Cause No. 17-538, styled *In the Matter of the Marriage of Devry Marie Saenz and Matthew Joseph Springer and In the Interest of L.V.S., P.M.S., and P.M.S., Children*, filed in the 451st Judicial District Court, Kendall County, Texas. The cash bond in the amount of $4,500.00 is sufficient to release Devry Marie Saenz from both the civil and criminal contempt commitments.

It is so **ORDERED** on January 31, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 17-538, styled *In the Marriage of Devry Marie Saenz and Matthew Joseph Spinger*, *and In the Interest of L.V.S., P.M.S., and P.M.S., Children* pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Solomon Casseb, III presiding.